**No. 09-8767. Michael Danotus Young, Petitioner v. United States.**

559 U.S. 985, 130 S. Ct. 1723, 176 L. Ed. 2d 202, 2010 U.S. LEXIS 1928.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 580 F.3d 373.